United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| META PLATFORMS, INC.,<br>Plaintiff,<br>v.<br>ROB BONTA,<br>Defendant. | Case No. 5:26-cv-13201-EJD<br>**ORDER SETTING STATUS CONFERENCE, GRANTING IN PART STIPULATED MOTION RE: ADMINISTRATIVE RELIEF** |
| GOOGLE LLC, et al.,<br>Plaintiffs,<br>v.<br>ROB BONTA,<br>Defendant. | Case No. 5:26-cv-13204-EJD<br>**ORDER SETTING STATUS CONFERENCE; GRANTING IN PART STIPULATED MOTION RE: ADMINISTRATIVE RELIEF** |

The Court recently related *Meta Platforms, Inc. v. Bonta*, Case No. 4:26-cv-13201 (*Meta AB1709 Litigation*) and *Google LLC and YouTube, LLC v. Bonta*, Case No. 5:26-cv-13204 (*YouTube AB1709 Litigation*) (collectively, *AB1709 Litigations*), to *Meta Platforms, Inc. v. Bonta*, Case No. 5:25-cv-09792-EJD (*Meta SB976 Litigation*) and *Google LLC and YouTube, LLC v. Bonta*, Case No. 5:25-cv-09795-EJD (*YouTube SB976 Litigation*) (collectively with *TikTok, Inc. and TikTok USDS Joint Venture LLC v. Bonta*, Case No. 5:25-cv-09789-EJD, *SB976 Litigations*).[1] There is a pending stipulated request between Defendant and Meta Platforms, Inc., for

[1] The Court notes that Defendant filed his motion to relate cases in *NetChoice v. Bonta*, Case No. 5:24-cv-07885-EJD because it is the lowest-numbered of all the related cases. *See* Mot. to Relate 1 n.1, No. 5:24-cv-07885-EJD. ECF No. 106.

administrative relief to modify the briefing and hearing schedule, permit a consolidated opposition brief, and extend page limits related to Meta Platforms, Inc., and Google LLC and YouTube, LLC's motions for preliminary injunctions. *Meta AB1709 Litigation*, ECF No. 19. Additionally, in *YouTube AB1709 Litigation*, Judge Freeman denied a similar stipulated request for administrative relief between Defendant and Google LLC and YouTube, LLC, noting, among other things, that a consolidated opposition brief in the *YouTube AB1709 Litigation* and *Meta AB1709 Litigation* "would be improper because the Court does not preside over" the *Meta AB1709 Litigation*. *See* Order Denying Mot. to Modify Case Schedule, *YouTube AB1709 Litigation*, ECF No. 26.

Pursuant to this Court's November 19, 2026, Order relating these cases to the *SB976 Litigations*, the Court now presides over both the *YouTube AB1709 Litigation* and the *Meta AB1709 Litigation*. Accordingly, the Court **GRANTS IN PART** Plaintiffs in *Meta AB1709 Litigation* and *YouTube AB1709*, and Defendant's stipulated motion for administrative relief. Stipulated Mot. for Admin Relief, *Meta AB1709*, ECF No. 19. Defendant shall be permitted to file a single consolidated brief in opposition to the Motions for Preliminary Injunction of no more than 50 pages, and Plaintiffs shall be permitted to each file reply briefs, each of no more than 20 pages. The Court otherwise **DENIES** the Parties' stipulated motion for administrative relief.

The Court acknowledges that, consistent with Civil L.R. 7-3, Defendant filed its Opposition in *YouTube AB1709 Litigation* at approximately 10:00 AM on November 19, 2026. Def's Opp'n to Mot. for Prelim. Inj., *YouTube AB1709 Litigation*, ECF No. 27. The Court **DIRECTS** Defendant to file a consolidated opposition brief by Monday, November 23, 2026, at 5:00 PM PST and strikes Defendant's Opposition to YouTube's Motion for Preliminary Injunction (ECF No. 27). Plaintiffs' Reply shall be filed by December 2, 2026, at 5:00 PM PST.

The Court otherwise **DIRECTS** the Parties to meet and confer regarding their proposed hearing schedule. The Court sets a remote status conference for 10:00 AM on Monday, November 23, 2026, to discuss the hearing schedule.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: November 19, 2026

EDWARD J. DAVILA
United States District Judge